

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



TRUSTEES OF THE POLICE AND FIRE RETIREMENT
SYSTEM OF THE CITY OF DETROIT, Derivatively
On Behalf of MBIA INC.,

CASE NO.

V.

DAVID C. CLAPP, GARY C. DUNTON, CLAIRE L.
GAUDIANI, DANIEL P. KEARNEY, LAURENCE MEYER,
DAVID M. MOFFETT, DEBRA J. PERRY, JOHN A.
ROLLS, RICHARD C. VAUGHAN, RICHARD H. WALKER,
JEFFREY W. YABUKI, -and- MBIA INC.



PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT

TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE

UNDERSIGNED COUNSEL FOR    PLAINTIFF

(A PRIVATE NON- GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING

ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY

WHICH ARE PUBLICLY HELD.

NONE

DATE: 2/13/08

SIGNATURE OF ATTORNEY

FORM SDNY 7.1