**DLS**
**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TRUSTEES OF THE POLICE AND FIRE
RETIREMENT SYSTEM OF THE CITY OF
DETROIT, Derivatively On Behalf of MBIA INC.,

        Plaintiff(s),

    -against-

DAVID C. CLAPP, ET AL.,

        Defendant(s).
-------------------------------------------------------------X

Case No. 08 CV 1515

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                     S.S.
COUNTY OF ROCKLAND   )

    DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 19TH day of February, 2008, at approximately the time of 11:20 AM, deponent served a true copy of the SUMMONS AND COMPLAINT upon JEFFREY W. YABUKI at MBIA INC., 113 King Street, Armonk, New York, by personally delivering and leaving the same with SHELLA LIEBERMAN, who informed deponent that she is an AVP authorized by MBIA INC. to receive service at that address.

    SHELLA LIEBERMAN is a white female, approximately 43 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 130 pounds with blonde hair and brown eyes.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
20th day of February, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

L.S., Inc.
5 So. Mountain Rd
New City, NY 10956
5-639-7559
vw.dlsny.com