UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively on Behalf of MBIA INC., <br><br> Plaintiffs, <br><br> -against- <br><br> DAVID C. CLAPP, GARY C. DUNTON, CLAIRE L. GAUDIANI, DANIEL P. KEARNEY, LAURENCE MEYER, DAVID M. MOFFETT, DEBRA J. PERRY, JOHN A. ROLLS, RICHARD C. VAUGHAN, RICHARD H. WALKER, JEFFREY W. YABUKI, <br><br> Defendants, <br><br> -and- <br><br> MBIA INC., <br><br> Nominal Defendant. | Civil Action No. 08-CV-01515 <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for nominal defendant MBIA Inc. through the Special Litigation Committee of the Board of Directors of MBIA Inc.

    I certify that I am admitted to practice in this court.

Dated: March 10, 2008

                                                DICKSTEIN SHAPIRO LLP

                             By:    s/ _____
                                                Donald A. Corbett (DAC-7818)
                                                1177 Avenue of the Americas
                                                New York, New York 10036
                                                (212) 277-6500
                                                (212) 277-6501 (fax)

DOCSNY-297574v01