USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Karas, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively On Behalf of MBIA INC., <br><br> Plaintiffs, <br><br> -against- <br><br> DAVID C. CLAPP, GARY C. DUNTON, CLAIRE L. GAUDIANI, DANIEL P. KEARNEY, LAURENCE MEYER, DAVID M. MOFFETT, DEBRA J. PERRY, JOHN A. ROLLS, RICHARD C. VAUGHAN, RICHARD H. WALKER, JEFFREY W. YABUKI, <br><br> Defendants, <br><br> -and- <br><br> MBIA INC. <br><br> Nominal Defendant. | Civil Action No. 08-CV-01515 (KMK) <br><br><br> **STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for all defendants and nominal defendant MBIA Inc. to answer or otherwise respond to the complaint is extended until March 24, 2008.

Dated: New York, New York
       March 10, 2008

DICKSTEIN SHAPIRO, LLP

By: _____
Donald A. Corbett (DAC-7818)
1177 Avenue of the Americas
New York, NY 10036
(212) 277-6500

*Attorneys for the Special Litigation Committee of the Board of Directors of MBIA Inc.*

SO ORDERED: _____
U.S.D.J.

DATED: 3/24/06

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
David L. Wales (DW-6912)
270 Madison Avenue
New York, NY 10016
(212) 545-4600

and

KOHN SWIFT & GRAF, PC

By: _____
Denis F. Sheils (DS-8374)
One South Broad Street,
Suite 2100
Philadelphia, PA 19107
215-238-1700

*Attorneys for Plaintiff*

503767