*LML*

*Karas, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE POLICE AND FIRE
RETIREMENT SYSTEM OF THE CITY OF
DETROIT, Derivatively on Behalf of MBIA INC.,

    Plaintiffs,

-against-

DAVID C. CLAPP, GARY C. DUNTON, CLAIRE
L. GAUDIANI, DANIEL P. KEARNEY,
LAURENCE MEYER, DAVID M. MOFFETT,
DEBRA J. PERRY, JOHN A. ROLLS, RICHARD
C. VAUGHAN, RICHARD H. WALKER,
JEFFERY W. YABUKI,

    Defendants,

-and-

MBIA INC.,

    Nominal Defendant.

---

No. 08-CV-01515 (KMK) (GAY)
ECF CASE

STIPULATION AND ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for all defendants and nominal defendant MBIA Inc. to answer or otherwise respond to the complaint is extended until August 8, 2008.

Dated: New York, New York
      June 18, 2008

DOCSNY-314644v01

| | |
|---|---|
| DICKSTEIN SHAPIRO LLP | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| By: _____ <br> Donald A. Corbett (DAC-7818) <br> 1177 Avenue of the Americas <br> New York, New York 10036 <br> (212) 277-6500 <br> *Attorneys for nominal defendant MBIA Inc. through the Special Litigation Committee of the Board of Directors* | By: *[signature]* <br> David L. Wales (DW-6912) <br> 270 Madison Avenue <br> New York, New York 10016 <br> (212) 545-4600 <br><br> KOHN SWIFT & GRAF, PC <br><br> By: _____ <br> Denis F. Sheils (DS-8974) <br> One South Broad Street, Suite 2100 <br> Philadelphia, Pennsylvania 19107 <br> (215) 238-1700 <br> *Attorneys for Plaintiff* |

SO ORDERED:

*[signature]*
U.S.D.J.

DATED
6/24/08

2