Case 7:08-cv-01515-KMK-GAY   Document 23   Filed 10/08/08   Page 1 of 2

Karas, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively on Behalf of MBIA INC., <br><br> Plaintiffs, <br><br> -against- <br><br> DAVID C. CLAPP, GARY C. DUNTON, CLAIRE L. GAUDIANI, DANIEL P. KEARNEY, LAURENCE MEYER, DAVID M. MOFFETT, DEBRA J. PERRY, JOHN A. ROLLS, RICHARD C. VAUGHAN, RICHARD H. WALKER, JEFFREY W. YABUKI, <br><br> Defendants, <br><br> -and- <br><br> MBIA INC., <br><br> Nominal Defendant. | No. 08-CV-01515 (KMK) (GAY) <br> ECF CASE <br><br><br> **STIPULATION AND ORDER** <br> *EXTENDING TIME* |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for all defendants and nominal defendant MBIA Inc. to answer or otherwise respond to the complaint is extended until November 20, 2008.

Dated: New York, New York
       October 7, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

DICKSTEIN SHAPIRO LLP

By: _____
Donald A. Corbett (DAC-7818)
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
*Attorneys for nominal defendant
MBIA Inc. through the Special
Litigation Committee of the
Board of Directors*

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
David L. Wales (DW-6912)
270 Madison Avenue
New York, New York 10016
(212) 545-4600

KOHN SWIFT & GRAF, PC

By: _____
Denis F. Sheils (DS-8374)
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
(215) 238-1700
*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J

DATED: 10/8/08

2