UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE POLICE AND FIRE
RETIREMENT SYSTEM OF THE CITY OF
DETROIT, Derivatively on Behalf of MBIA INC.,

    Plaintiffs,

-v-

DAVID C. CLAPP, et al.,

    Defendants,

-and-

MBIA INC.,

    Nominal Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Case No. 08-CV-1515 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

    Defendants shall serve their motion for summary judgment upon all counsel by no later than January 23, 2009. Plaintiffs shall submit a letter upon all counsel by no later than March 20, 2009, reporting any discovery disputes to the Court and/or providing the Court with a proposed briefing schedule to respond to Defendants' motion.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed while the motion is pending.

    Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

    Defendants shall electronically file their motion and reply papers with the Clerk only when the entire motion is fully briefed. Plaintiffs shall electronically file opposition papers only when advised by Defendants that their papers are being filed. Courtesy copies are to be served upon all counsel by the assigned date. A courtesy copy of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED: White Plains, New York
       January 16, 2009

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE