UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

**Trustees of the Police and Fire Retirement System of the City of Detroit,**

                Plaintiff,        08-CV-1515 (KMK)(GAY)

-v-                                CALENDAR NOTICE

**David C. Clapp, et al.,**

                Defendants.
------------------------------------------------------X

      Please take notice that the above captioned action has been scheduled for oral argument on all pending motions before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, December 14, 2010 at 10:00 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

      Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: November 9, 2010
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J