UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------
TRUSTEES OF THE POLICE AND FIRE
RETIREMENT SYSTEM OF THE CITY OF
DETROIT

                Plaintiff,           08-cv-01515

-against-

CLAPP, ET AL

                Defendant.
--------------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

☑ I have cases pending      ☐ I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: DONALD A. CORBETT

☑ Attorney

    ☑ I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: DC7818; My State Bar Number is:_____

    ☐ I am a Pro Hac Vice attorney
    ☐ I am a Government Agency attorney

☑ Law Firm/Government Agency Association

    From: Dickstein Shapiro LLP
    To: Lowenstein Sandler PC

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

☑ Address:    1251 Avenue of the Americas
                    New York, NY 10020

☑ Telephone No.: (212) 262-6700_____
☑ Fax No.: (212) 262-7402_____
☑ E-Mail Address: dcorbett@lowenstein.com

Dated: November 11, 2010

                                s/ DONALD A. CORBETT_____
                                ATTORNEY'S SIGNATURE