Daniel K. Roque, Esq.
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas
New York, NY 10020
212-262-6700
droque@lowenstein.com
*Attorneys for Defendant,*
*MBIA, INC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT,<br><br>Plaintiffs,<br><br>v.<br><br>CLAPP, ET AL,<br><br>Defendants. | **ECF CASE**<br>08-cv-01515<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      **PLEASE TAKE NOTICE** that Daniel K. Roque of the law firm of Lowenstein Sandler PC, hereby enters his appearance as counsel on behalf of Defendant, MBIA, INC

      s/Daniel K. Roque
      Daniel K. Roque
      **LOWENSTEIN SANDLER PC**
      1251 Avenue of the Americas, 18th Floor
      New York, New York 10020
      Tele:  646.414.6916
      Fax:  973.422.6859
      droque@lowenstein.com

Dated:  November 12, 2010

11/12/2010