USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively on Behalf of MBIA INC.,

        Plaintiffs,

-v-

DAVID C. CLAPP, GARY C. DUNTON, CLAIRE L. GAUDIANI, DANIEL P. KEARNEY, LAURENCE MEYER, DAVID M. MOFFETT, DEBRA J. PERRY, JOHN A. ROLLS, RICHARD C. VAUGHAN, RICHARD H. WALKER, JEFFREY W. YABUKI,

        Defendants,

-and-

MBIA INC.,

        Nominal Defendant.

Case No. 08-CV-1515 (KMK)(GAY)

ORDER

---

KENNETH M. KARAS, District Judge:

For the reasons stated on the record at the oral argument held before the Court on December 14, 2010, it is hereby

ORDERED that the Complaint is dismissed without prejudice.

SO ORDERED.

DATED:    White Plains, New York
                 December 14, 2010

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE