UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively on Behalf of MBIA INC.,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>DAVID C. CLAPP, GARY C. DUNTON, CLAIRE L. GAUDIANI, DANIEL P. KEARNEY, LAURENCE MEYER, DAVID M. MOFFETT, DEBRA J. PERRY, JOHN A. ROLLS, RICHARD C. VAUGHAN, RICHARD H. WALKER, JEFFREY W. YABUKI,<br><br>                              Defendants,<br><br>        -and-<br><br>MBIA INC.,<br><br>                              Nominal Defendant. | No. 08-CV-01515 (KMK)<br><br>Hon. Kenneth M. Karas<br>**NOTICE OF MOTION**<br><br>**Oral Argument Requested** |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Daniel K. Roque and submitted Exhibits and the Memorandum of Law, nominal defendant MBIA Inc. through the Special Litigation Committee of the Board of Directors will move this Court before the Honorable Kenneth M. Karas, United States District Judge, at the Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, on a date and at a time designated by the Court, for an Order dismissing the Verified Shareholder Derivative Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

345446

Dated: New York, New York
January 23, 2009

                                                                    DICKSTEIN SHAPIRO LLP

By:  s/_____
      Ira Lee Sorkin (ILS-8884)
      Donald A. Corbett (DAC-7818)
      Daniel J. Horwitz (DJH-9155)
      Daniel K. Roque (DR-2226)
      1177 Avenue of the Americas
      New York, New York 10036
      (212) 277-6500
      *Attorneys for Nominal Defendant MBIA Inc. through the Special Litigation Committee of the Board of Directors and Richard C. Vaughan*

To:    David L. Wales (DW-6912)
       WOLF HALDENSTEIN ADLER
       FREEMAN & HERZ LLP
       270 Madison Avenue
       New York, NY 10016
       (212) 545-4600

       Denis F. Sheils (DS-8374)
       KOHN, SWIFT & GRAF, P.C.
       One South Broad Street, Suite 2100
       Philadelphia, PA 19107
       (215) 238-1700
       *Attorneys for plaintiff Trustees of the Police and Fire Retirement System of the City of Detroit*

       Robert N. Shwartz
       Jeremy Feigelson
       DEBEVOISE & PLIMPTON LLP
       919 Third Avenue
       New York, NY 10022
       *Attorneys for individual defendants David C. Clapp, Gary C. Dunton, Claire L. Gaudiani, Daniel P. Kearney, Laurence Meyer, David M. Moffett, Debra J. Perry, John A. Rolls, Richard H. Walker, Jeffrey W. Yabuki*

345446