United States District Court
Southern District of New York
------------------------X

Trustees of the Police and Fire
Retirement System of the City of
Detroit, Derivatively on behalf
of MBIA INC.

      Plaintiffs,

                                      Judgment
                                      8 CV 1515 (KMK)

       -against-

David C. Clapp, Gary C. Dunton,
Claire L. Gaudiani, Daniel P.
Kearney, Laurence Meyer, David
M. Moffett, Debra J. Perry, John A.
Rolls, Richard C. Vaughn, Richard
H. Walker, Jeffrey W. Yabuki

      Defendants,
      -and-
MBIA INC.,

      Nominal Defendant.
------------------------X

    Whereas the above matter was assigned to the Honorable Kenneth M. Karas, United States District Judge and the Court thereafter on December 14, 2010 having handed down its Order of dismissal without prejudice, it is,

ORDERED, ADJUDGED AND DECREED: That the complaint be and it is hereby dismissed without prejudice.

DATED: White Plains, N.Y.
       December 15, 2010

*Ruby J. Krajick*
Clerk

i:/judgment/trustees of the police.1515

E.O D