USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Karas, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively on Behalf of MBIA INC., <br><br>Plaintiffs, <br><br>-against- <br><br>DAVID C. CLAPP, GARY C. DUNTON, CLAIRE L. GAUDIANI, DANIEL P. KEARNEY, LAURENCE MEYER, DAVID M. MOFFETT, DEBRA J. PERRY, JOHN A. ROLLS, RICHARD C. VAUGHAN, RICHARD H. WALKER, JEFFREY W. YABUKI, <br><br>Defendants, <br><br>-and- <br><br>MBIA INC., <br><br>Nominal Defendant. | No. 08-CV-01515 (KMK) (GAY) <br><br><br>STIPULATION |

WHEREAS, plaintiff filed a complaint on February 13, 2008, which alleged, among other things, that defendants' breached their fiduciary duties;

WHEREAS, the claims asserted in this complaint were dismissed without prejudice on December 14, 2010.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

1. All applicable statute of limitations will be tolled and suspended as of December 14, 2010.

2. The parties waive any defense of any statute of limitations, which would otherwise arise while the limitations period is tolled.

24898/2

3. The running of all applicable limitations periods will recommence on: (a) the date plaintiff files an amended complaint, if MBIA Inc.'s ("MBIA") Board of Directors or a committee of the Board rejects plaintiff's demand; (b) the date MBIA's Board or a committee of the Board accepts plaintiff's demand; or (c) the date agreed to in writing by all parties to this stipulation.

4. No party waives any claims, rights, or defenses that may have existed on December 14, 2010, or that may arise after the recommencement of the running of the limitations period.

5. Nothing in this stipulation revives any claim that is barred as of December 14, 2010, by any applicable statute of limitations.

6. This stipulation shall not be offered into evidence in any action or proceeding except to prove that the statute of limitations was tolled for the period of time set forth in this stipulation.

7. MBIA shall have until February 7, 2011, in which to respond to plaintiff's demand.

8. In the event that plaintiff's demand is rejected, plaintiff shall have 60 days from such rejection in which to file its amended complaint.

9. In the event that plaintiff files an amended complaint, defendants will have 60 days in which to respond to plaintiff's amended complaint.

Dated: December 30, 2010

LOWENSTEIN SANDLER PC

By: /s/ Donald A. Corbett
Donald A. Corbett
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700
*Attorneys for nominal defendant
MBIA Inc. through the Special
Litigation Committee of the Board of
Directors and Richard C. Vaughan*

DEBEVOISE & PLIMPTON LLP

By: /s/ Robert N. Shwartz
Robert N. Shwartz
919 Third Avenue
New York, NY 10022
*Attorneys for David C. Clapp, Gary
C. Dunton, Claire L. Gaudiani,
Daniel P. Kearney, Laurence
Meyer, David M. Moffett, Debra J.
Perry, John A. Rolls, Richard H.
Walker, Jeffrey W. Yabuki*

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: /s/ Gregory M. Nespole
Gregory M. Nespole
270 Madison Avenue
New York, New York 10016
(212) 545-4600

KOHN SWIFT & GRAF, PC

By: /s/ Denis F. Sheils
Denis F. Sheils
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
(215) 238-1700
*Attorneys for Plaintiff*

So ORDERED:

/s/
U.S.D.J.

DATED:
1/7/11

-3-