

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE POLICE AND FIRE
RETIREMENT SYSTEM OF THE CITY OF
DETROIT, Derivatively on Behalf of MBIA INC.,

                 Plaintiffs,

       -against-

DAVID C. CLAPP, GARY C. DUNTON, CLAIRE
L. GAUDIANI, DANIEL P. KEARNEY,
LAURENCE MEYER, DAVID M. MOFFETT,
DEBRA J. PERRY, JOHN A. ROLLS, RICHARD
C. VAUGHAN, RICHARD H. WALKER,
JEFFREY W. YABUKI,

                 Defendants,

       -and-

MBIA INC.,

                 Nominal Defendant.

No. 08-CV-01515 (KMK) (GAY)
ECF CASE

**STIPULATION AND ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel that the time for all defendants and nominal defendant MBIA Inc. to answer or otherwise

respond to the Amended Verified Derivative Complaint is extended until September 12, 2011.

Dated: New York, New York
      July 25, 2011

24898/2
07/25/2011 179958431 1

LOWENSTEIN SANDLER PC

By: _____
Donald A. Corbett
Daniel K. Roque
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700

*Attorneys for Nominal Defendant
MBIA Inc. through the Special
Litigation Committee of the
Board of Directors and Richard C.
Vaughan*

WOLF HALDENSTEIN ADLER
FREEMAN, & HERZ LLP

By: _____ / DKR
Gregory M. Nespole
270 Madison Avenue
New York, New York 10016
(212) 545-4600

DEBEVOISE & PLIMPTON LLP

By: _____
Robert N. Shwartz
Jeremy Feigelson
919 Third Avenue
New York, New York 10022

*Attorneys for David C. Clapp, Gary C.
Dunton, Claire L. Gaudiani, Daniel P.
Kearney, Laurence Meyer, David M.
Moffett, Debra J. Perry, John A. Rolls,
Richard H. Walker, Jeffrey W. Yabuki*

KOHN, SWIFT & GRAF, P.C.

By: _____ / DKR
Denis F. Sheils
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Phone: (215) 238-1700

*Attorneys for Plaintiff*

SO ORDERED:

U.S.D.J.  Kenneth M. Karas

Dated: 7/29/11

-2-