Judge Karas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively on Behalf of MBIA INC., <br><br>Plaintiffs, <br><br>-against- <br><br>DAVID C. CLAPP, GARY C. DUNTON, CLAIRE L. GAUDIANI, DANIEL P. KEARNEY, LAURENCE MEYER, DAVID M. MOFFETT, DEBRA J. PERRY, JOHN A. ROLLS, RICHARD C. VAUGHAN, RICHARD H. WALKER, JEFFREY W. YABUKI, <br><br>Defendants, <br><br>-and- <br><br>MBIA INC., <br><br>Nominal Defendant. | No. 08-CV-01515 (KMK) (GAY) <br> ECF CASE <br><br><br><br> STIPULATION AND ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for all defendants and nominal defendant MBIA Inc. to answer or otherwise respond to the Amended Verified Derivative Complaint is extended until October 27, 2011.

Dated: New York, New York
       August 16, 2011

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

24898/2
08/16/2011 18197472.1

| LOWENSTEIN SANDLER PC | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
|---|---|
| By: _____ *[signature]*<br>Donald A. Corbett<br>Daniel K. Roque<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 262-6700 | By: _____ /DKR *[signature]*<br>Gregory M. Nespole<br>270 Madison Avenue<br>New York, New York 10016<br>(212) 545-4600 |

*Attorneys for Nominal Defendant MBIA Inc. through the Special Litigation Committee of the Board of Directors and Richard C. Vaughan*

| DEBEVOISE & PLIMPTON LLP | KOHN, SWIFT & GRAF, P.C. |
|---|---|
| By: _____ *[signature]*<br>Robert N. Shwartz<br>Jeremy Feigelson<br>919 Third Avenue<br>New York, New York 10022 | By: _____ *[signature]*<br>Denis F. Sheils<br>One South Broad Street, Suite 2100<br>Philadelphia, Pennsylvania 19107<br>Phone: (215) 238-1700 |
| *Attorneys for David C. Clapp, Gary C. Dunton, Claire L. Gaudiani, Daniel P. Kearney, Laurence Meyer, David M. Moffett, Debra J. Perry, John A. Rolls, Richard H. Walker, Jeffrey W. Yabuki* | *Attorneys for Plaintiff* |

SO ORDERED:

*[signature]*
U.S.D.J. Kenneth M. Karas

Dated: 8/18/11