

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively on Behalf of MBIA INC., <br><br>           Plaintiffs, <br><br>-against- <br><br>DAVID C. CLAPP, GARY C. DUNTON, CLAIRE L. GAUDIANI, DANIEL P. KEARNEY, LAURENCE MEYER, DAVID M. MOFFETT, DEBRA J. PERRY, JOHN A. ROLLS, RICHARD C. VAUGHAN, RICHARD H. WALKER, JEFFREY W. YABUKI, <br><br>           Defendants, <br><br>-and- <br><br>MBIA INC., <br><br>           Nominal Defendant. | No. 08-CV-01515 (KMK) (GAY) <br>ECF CASE <br><br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for all defendants and nominal defendant MBIA Inc. to answer or otherwise respond to the Amended Verified Derivative Complaint is extended until January 16, 2012.

Dated: New York, New York
       November 30, 2011

17160/100
11/30/2011 19112172.1

LOWENSTEIN SANDLER PC

By: _____
Donald A. Corbett
Daniel K. Roque
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700

*Attorneys for Nominal Defendant MBIA Inc. through the Special Litigation Committee of the Board of Directors and Richard C. Vaughan*

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
Gregory M. Nespole        by B.J.M
270 Madison Avenue
New York, New York 10016
(212) 545-4600

DEBEVOISE & PLIMPTON LLP

By: _____
Robert N. Shwartz
Jeremy Feigelson
919 Third Avenue
New York, New York 10022

*Attorneys for David C. Clapp, Gary C. Dunton, Claire L. Gaudiani, Daniel P. Kearney, Laurence Meyer, David M. Moffett, Debra J. Perry, John A. Rolls, Richard H. Walker, Jeffrey W. Yabuki*

KOHN, SWIFT & GRAF, P.C.

By: _____
Denis F. Sheils
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Phone: (215) 238-1700

*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.

| | |
|---|---|
| LOWENSTEIN SANDLER PC | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| By:_____ | By:_____ |
| Donald A. Corbett | Gregory M. Nespole |
| Daniel K. Roque | 270 Madison Avenue |
| 1251 Avenue of the Americas | New York, New York 10016 |
| New York, New York 10020 | (212) 545-4600 |
| (212) 262-6700 | |

*Attorneys for Nominal Defendant MBIA Inc. through the Special Litigation Committee of the Board of Directors and Richard C. Vaughan*

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP | KOHN, SWIFT & GRAF, P.C. |
| By: /s/ Robert N. Shwartz | By:_____ |
| Robert N. Shwartz | Denis F. Sheils |
| Jeremy Feigelson | One South Broad Street, Suite 2100 |
| 919 Third Avenue | Philadelphia, Pennsylvania 19107 |
| New York, New York 10022 | Phone: (215) 238-1700 |

*Attorneys for David C. Clapp, Gary C. Dunton, Claire L. Gaudiani, Daniel P. Kearney, Laurence Meyer, David M. Moffett, Debra J. Perry, John A. Rolls, Richard H. Walker, Jeffrey W. Yabuki*

*Attorneys for Plaintiff*

SO ORDERED:

/s/ Kenneth M. Karas
U.S.D.J. Kenneth M. Karas

Dated: 12/1/11