

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively on Behalf of MBIA INC., <br><br>Plaintiffs, <br><br>-against- <br><br>DAVID C. CLAPP, GARY C. DUNTON, CLAIRE L. GAUDIANI, DANIEL P. KEARNEY, LAURENCE MEYER, DAVID M. MOFFETT, DEBRA J. PERRY, JOHN A. ROLLS, RICHARD C. VAUGHAN, RICHARD H. WALKER, JEFFREY W. YABUKI, <br><br>Defendants, <br><br>-and- <br><br>MBIA INC., <br><br>Nominal Defendant. | No. 08-CV-01515 (KMK) (GAY) <br> ECF CASE <br><br><br> **STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for all defendants and nominal defendant MBIA Inc. to answer or otherwise respond to the Amended Verified Derivative Complaint is extended until May 15, 2012.

Dated: New York, New York
       March 13, 2012

24897/2
03/13/2012 19966055.1

LOWENSTEIN SANDLER PC

By: _____
Donald A. Corbett
Daniel K. Roque
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700

*Attorneys for Nominal Defendant MBIA Inc. through the Special Litigation Committee of the Board of Directors and Richard C. Vaughan*

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____ /DKR
Gregory M. Nespole
270 Madison Avenue
New York, New York 10016
(212) 545-4600

DEBEVOISE & PLIMPTON LLP

By: _____ /DKR
Robert N. Shwartz
Jeremy Feigelson
919 Third Avenue
New York, New York 10022

*Attorneys for David C. Clapp, Gary C. Dunton, Claire L. Gaudiani, Daniel P. Kearney, Laurence Meyer, David M. Moffett, Debra J. Perry, John A. Rolls, Richard H. Walker, Jeffrey W. Yabuki*

KOHN, SWIFT & GRAF, P.C.

By: _____
Denis F. Sheils
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Phone: (215) 238-1700

*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J. Kenneth M. Karas

Dated: March 19, 2012
White Plains, NY.