UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively on Behalf of MBIA INC., <br><br>                   Plaintiffs,<br><br>-against-<br><br>DAVID C. CLAPP, GARY C. DUNTON, CLAIRE L. GAUDIANI, DANIEL P. KEARNEY, LAURENCE MEYER, DAVID M. MOFFETT, DEBRA J. PERRY, JOHN A. ROLLS, RICHARD C. VAUGHAN, RICHARD H. WALKER, JEFFREY W. YABUKI,<br><br>                   Defendants,<br><br>-and-<br><br>MBIA INC.,<br><br>                   Nominal Defendant. | No. 08-CV-01515 (KMK) (GAY)<br>ECF CASE<br><br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for all defendants and nominal defendant MBIA Inc. to answer or otherwise respond to the Amended Verified Derivative Complaint is extended until July 16, 2012.

Dated: New York, New York
       May 8, 2012

24898/2
05/08/2012 20511498.1

| | |
|---|---|
| LOWENSTEIN SANDLER PC<br><br>By: _____<br>Donald A. Corbett<br>Daniel K. Roque<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 262-6700<br><br>*Attorneys for Nominal Defendant MBIA Inc. through the Special Litigation Committee of the Board of Directors and Richard C. Vaughan* | WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br><br>By: _____ /DKR<br>Gregory M. Nespole<br>270 Madison Avenue<br>New York, New York 10016<br>(212) 545-4600 |
| DEBEVOISE & PLIMPTON LLP<br><br>By: _____ /DKR<br>Robert N. Shwartz<br>Jeremy Feigelson<br>919 Third Avenue<br>New York, New York 10022<br><br>*Attorneys for David C. Clapp, Gary C. Dunton, Claire L. Gaudiani, Daniel P. Kearney, Laurence Meyer, David M. Moffett, Debra J. Perry, John A. Rolls, Richard H. Walker, Jeffrey W. Yabuki* | KOHN, SWIFT & GRAF, P.C.<br><br>By: _____ /DKR<br>Denis F. Sheils<br>One South Broad Street, Suite 2100<br>Philadelphia, Pennsylvania 19107<br>Phone: (215) 238-1700<br><br>*Attorneys for Plaintiff* |

SO ORDERED:

_____ ✓
U.S.D.J.

5/10/12 ✓
Dated: