

# Lowenstein Sandler
ATTORNEYS AT LAW

**Donald A. Corbett**
Member of the Firm
Tel 646.414.6832
Fax 973.422.6823
dcorbett@lowenstein.com

August 27, 2012

**VIA FEDERAL EXPRESS**

Hon. Kenneth Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

**Re: Trustees of the Police & Fire Retirement System of the City of Detroit v. Clapp, No. 08-CV-01515 (KMK)**

Dear Judge Karas:

We represent MBIA Inc. through its Special Litigation Committee of the Board of Directors and write, on behalf of all parties, to inform the Court that the parties to the subject action have agreed to a settlement in principle.

All parties to this action therefore respectfully request that all proceedings in this action (including the defendants' response to the amended complaint), other than proceedings necessary to carry out the terms and conditions of the settlement, be stayed and suspended until further Order of this Court. The parties also ask that Plaintiff have until October 15, 2012, to file the parties' settlement agreement and its motion for preliminary approval of the settlement.

Respectfully submitted,

Donald A. Corbett

Granted.
So Ordered.
KMK
8/29/12

cc: Robert N. Shwartz, Esq. (via e-mail)
Denis F. Sheils, Esq. (via e-mail)
Gregory M. Nespole, Esq. (via e-mail)

24898/2
08/27/12 21315290.1

Lowenstein Sandler PC    In California, Lowenstein Sandler LLP                                    www.lowenstein.com

1251 Avenue of the Americas  New York, NY 10020  Tel 212 262 6700  Fax 212 262 7402                New York  Palo Alto  Roseland