UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively On Behalf of MBIA INC., <br><br> Plaintiff, <br><br> -against- <br><br> DAVID C. CLAPP, GARY C. DUNTON, CLAIRE L. GAUDIANI, DANIEL P. KEARNEY, LAURENCE MEYER, DAVID M. MOFFETT, DEBRA J. PERRY, JOHN A. ROLLS, RICHARD C. VAUGHAN, RICHARD H. WALKER, JEFFREY W. YABUKI, <br><br> Defendants, <br><br> -and- <br><br> MBIA INC., <br>           Nominal Defendant. | No. 08 Civ. 1515 (KMK) (GAY) |

### NOTICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF DERIVATIVE LITIGATION SETTLEMENT

PLEASE TAKE NOTICE THAT the Police and Fire Retirement System of the City of Detroit ("PFRS"), through counsel, hereby moves this Court before the Honorable Kenneth M. Karas, for an Order, approving the proposed settlement and approval of Plaintiff's application for an award of attorneys' fees and expenses.

PLEASE TAKE FURTHER NOTICE that in support of this motion, PFRS submits herewith (1) PFRS' Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Derivative Litigation Settlement, (2) the Declaration of Denis F. Sheils, attaching the Stipulation of Compromise and Settlement, and (3) a proposed order.

100812

Dated: January 7, 2013

Respectfully submitted,
**KOHN, SWIFT & GRAF, P.C.**

By:   /s/ Denis F. Sheils
      Joseph C. Kohn, Esq.
      Denis F. Sheils, Esq.
      William E. Hoese, Esq.
      Barbara L. Moyer, Esq.
      One South Broad Street, Suite 2 100
      Philadelphia, PA 191 07

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
   Gregory M. Nespole, Esq.
   Malcolm T. Brown, Esq.
   270 Madison Avenue
   New York, NY 100 16

*Attorneys for Plaintiff Police and Fire Retirement System of the City of Detroit*

100812