UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE POLICE AND FIRE
RETIREMENT SYSTEM OF THE CITY OF
DETROIT, Derivatively on Behalf of MBIA INC.,

                    Plaintiffs,

  -v-

DAVID C. CLAPP, GARY C. DUNTON, CLARE L.
GAUDIANI, et al.

                    Defendants,

  -and-

MBIA INC.,

                    Nominal Defendant.

Case No. 08-CV-1515(KMK)

<u>ORDER</u>

---

KENNETH M. KARAS, District Judge:

    For the reasons explained in the Court's Order and Judgment approving the final settlement and dismissing Plaintiffs' claims, the Court grants the Parties' motion. The Clerk of the Court is respectfully directed to terminate the pending motion, (Dkt. No. 88), and close this case.

SO ORDERED.

Dated:    February 15, 2013
             White Plains, New York

                                                KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE