# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PENNSYLVANIA 19107-3304

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LaROCCA
DENIS F. SHEILS ◊
DOUGLAS A. ABRAHAMS ✦
WILLIAM E. HOESE
STEVEN M. STEINGARD •
STEPHEN H. SCHWARTZ ▾
CRAIG W. HILLWIG
BARBARA L. MOYER ▸

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-MAIL: DSHEILS@KOHNSWIFT.COM

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

▸ ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
✦ ALSO ADMITTED IN NEW JERSEY

**MEMO ENDORSED**

February 15, 2013

**VIA FACSIMILE**

Honorable Kenneth M. Karas
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Trustees of the Police & Fire Ret. Sys. v. Clapp*, No. 08-cv-01515 (KMK) (GAY)

Dear Judge Karas:

We write to inform you that counsel for the parties in the above-referenced matter have not received any objections in response to the Supplemental Notice posted on the MBIA website, and the time for objections has passed.

Respectfully Submitted,

Denis F. Sheils /B.L.M
Denis F. Sheils

cc: Donald A. Corbett, Esq. (via email)
Robert N. Shwartz, Esq. (via email)
Gregory Mark Nespole, Esq. (via email)
Malcolm T. Brown, Esq. (via email)

The Clerk of the Court is respectfully requested to docket this letter.

So Ordered.
2/15/13